UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER CAVOUNIS,                 )
                    Plaintiff,        )
                                      )
            v.                        )          C.A. No. 13-40056-JGD
                                      )
YOUSEF AZOUR,                         )
                    Defendant.        )

ORDER

DEIN, M.J.

On May 10, 2013, plaintiff filed this civil action but failed to pay the entire filing fee or

to seek a waiver thereof.  Specifically, he paid $350.00 toward the filing fee, but failed to pay the

$50.00 administrative fee as part of the total filing fee of the Court.

In order to bring a civil action in this Court, plaintiff must either (1) pay the $350.00

filing fee and the $50.00 administrative fee,[1] see 28 U.S.C. § 1914(a); or (2) seek leave to

proceed without prepayment of the $50.00 administrative fee, see 28 U.S.C. § 1915 (proceedings

in forma pauperis).[2]

Accordingly, it is hereby Ordered that within 21 days of this Order, plaintiff either shall

(1) pay the $50.00 administrative fee; or (2) file an application to proceed in forma pauperis

---

[1]The $50.00 administrative fee became effective May 1, 2013.  See Judicial Conference Fee
Schedule.

[2]Where the plaintiff is a prisoner, a motion for waiver of prepayment of the filing fee and/or
administrative fee must be accompanied by "a certified copy of the trust fund account statement (or
institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of
the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was
confined."  28 U.S.C. § 1915(a)(2).

accompanied by a certified prison account statement.  Failure of the plaintiff to comply with this directive may result in the dismissal of this action.  The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

No summons shall issue pending resolution of the administrative fee issue.  If and/or when plaintiff pays the $50.00 administrative fee, the clerk shall issue a summons and plaintiff shall be responsible for service of process of the summons and complaint on the defendant, and to bear the costs of service.

If, however, plaintiff is eligible and is granted *in forma pauperis* status as to the $50.00 administrative fee, then an Order shall issue for a summons to issue and for service of process to be effected by the United States Marshal Service as directed by plaintiff, with all costs of service to be advanced by that office.  Additionally, no initial partial assessment shall be made pursuant to 28 U.S.C. § 1915(b) with respect to the $50.00 administrative fee.[3]

Finally, this action was assigned pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges.  Upon the issuance of a summons, the clerk also shall provide plaintiff with the standard consent package.  Plaintiff shall, pursuant to the Procedures and Other Information for Completing the Form for Consent or Refusal of Magistrate Judge Jurisdiction, complete the consent form advising whether he wishes to consent to proceed before the undersigned, or refuses to consent.  Plaintiff shall also serve the consent package on the defendant.  In the event any party does not consent to Magistrate Judge jurisdiction, this case shall be reassigned to a District Judge for further proceedings.

---

[3]The $50.00 administrative fee does not apply to prisoners who are proceeding *in forma pauperis*.

SO ORDERED.

May 13, 2013                           /s/ Judith G. Dein
DATE                                  JUDITH G. DEIN
                                      UNITED STATES MAGISTRATE JUDGE